IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **DAVE KIMES,** | § § § | |
| *Plaintiff,* | § § § | |
| | § | Case No. 1:19-cv-03262 |
| v. | § § § § | |
| **BC SERVICES, INC.,** | § § § | |
| *Defendant.* | § | |

### DEFENDANT BC SERVICES, INC.'S NOTICE OF REMOVAL

COMES NOW, Defendant BC Services Inc., ("BCS") and files its *Notice of Removal* as follows:

1. Plaintiff DAVE KIMES filed his state-court Complaint on October 23, 2019 in the District Court of Larimer County, Colorado located at 201 Laporte Ave, Fort Collins, CO 80537.

2. This is a civil action based on Plaintiff's contention that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA"). This case is still pending in state court.

3. Removal is proper because this case involves a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because BCS has filed its *Notice of Removal* within 30 days of receipt of Plaintiff's state-court Complaint.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7. A copy of this *Notice of Removal* has been sent to Plaintiff and will be filed with the clerk of the District Court of Larimer County, Colorado.

8. Plaintiff requested a jury trial in the state court matter.

WHEREFORE, BCS respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: November 18, 2019.

Respectfully submitted,

**MALONE FROST MARTIN PLLC**

*/s/ Robbie Malone*
ROBBIE MALONE
Texas State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE FROST MARTIN PLLC**
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
P: (214) 346-2630 | F: (214) 346-2631

and

*/s/ Brett Riley*
Brett P. Riley #34025
P.O. Box 1317
Longmont, CO 80502
Email: legal@bcservice.com

***COUNSEL FOR DEFENDANT***
***BC SERVICES, INC.***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded **via CM/ECF** on this 18th day of November, 2019 to:

**Troy D. Krenning**
Law Office of Troy D. Krenning, LLC.
640 E. Eisenhower Blvd., Suite 200
Loveland, CO 80537
Email: troy@krenninglaw.com

*/s/ Robbie Malone*
Robbie Malone