## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **DAVE KIMES,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **Case No. 1:19-cv-03262-LTB-KLM** |
| **v.** | § | |
| | § | |
| | § | |
| **BC SERVICES, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

---

## JOINT NOTICE OF SETTLEMENT

---

COMES NOW, the Parties, by and through their undersigned counsel hereby inform the court that a settlement of the present matter has been reached. The Parties will prepare settlement documents and anticipate filing a Notice of Dismissal within 45 days.

The Parties therefore request that this court vacate all dates currently set on calendar for the present matter.

Date: June 26, 2020.

Respectfully and jointly submitted,


 **/s Xerxes Martin (*with consent*)**
ROBBIE MALONE
Texas State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE FROST MARTIN PLLC**
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
P: (214) 346-2630 | F: (214) 346-2631

 **/Troy D. Krenning (*with consent*)**
Troy D. Krenning, Esq., #35423
**LAW OFFICE OF TROY D. KRENNING, LLC**
640 E. Eisenhower Blvd., Ste. 200
Loveland, Colorado 80537
Phone: (970) 292-8290
Email: troydklaw@msn.com

*Counsel for Plaintiff*