IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  19-cv-03262-LTB-KLM

**DAVE KIMES,**

> Plaintiff,

v**.**

**BC SERVICES, INC.,**

> Defendant.

---

### STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

COME NOW the parties, by and through their counsel of record, and pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii) submit this Stipulated Motion to Dismiss with Prejudice and state as follows:

1.    The Plaintiff and Defendant have reached a settlement.

2.    All issues in this matter are now resolved.

3.    Each party agrees to pay their own costs and attorney fees.

4.    The parties respectfully request that the Court now dismiss this matter with prejudice and vacate all remaining dates with respect to this matter.

Respectfully submitted this 22nd day of July 2020.

| | |
|---|---|
| **/s/Troy D. Krenning** | **/s/Xeres Martin** |
| Troy D. Krenning, Esq. | Xerxes Martin, Esq. |
| Law Office of Troy D. Krenning, LLC | Session, Fishman, Nathan & Israel, LLC |
| 640 E. Eisenhower Blvd., Ste. 200 | 8750 N. Central Expressway., Ste. 1850 |
| Loveland, Colorado 80537 | Dallas, TX 75231 |
| **Attorney for the Plaintiff** | **Attorney for Defendant** |